155 A.3d 1054

Daniel KING

v.

RIVERWATCH CONDOMINIUM OWNERS ASSOCIATION

Appeal of: Thomas P. Gannon, Esquire

No. 94 MAP 2016

Supreme Court of Pennsylvania.

February 28, 2017

## ORDER

PER CURIAM

**AND NOW,** this 28th day of February, 2017, the Notice of Appeal is **DISMISSED.**